FILED
APR 17 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Eric Phillips,
           Plaintiff,

vs.

Kevin Chappell, Warden
           Defendant.

CV 13 1741 (PR)

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

CRB

I, Eric Phillips, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____

- 1 -

1 and wages per month which you received. (If you are imprisoned, specify the last place of
2 employment prior to imprisonment.)
3 WRBD→L → Bank of Oakland (early 1994), § net
4 salary, $1000 (approx) per month
5 _____
6 2. Have you received, within the past twelve (12) months, any money from any of the following
7 sources:
8     a. Business, Profession or      Yes ___ No ✓
9         self employment
10     b. Income from stocks, bonds,      Yes ___ No ✓
11         or royalties?
12     c. Rent payments?      Yes ___ No ✓
13     d. Pensions, annuities, or      Yes ___ No ✓
14         life insurance payments?
15     e. Federal or State welfare payments,      Yes ___ No ✓
16         Social Security or other govern-
17         ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _____
21 _____
22 3. Are you married?      Yes ___ No ✓
23 Spouse's Full Name: _____
24 Spouse's Place of Employment: _____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $_____ Net $_____
27 4.     a. List amount you contribute to your spouse's support : $ _____
28     b. List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____      - 2 -

1   and indicate how much you contribute toward their support. (NOTE: For minor
2   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3   _____
4   _____
5   5.  Do you own or are you buying a home?        Yes ____ No ✓
6   Estimated Market Value: $_____ Amount of Mortgage: $_____
7   6.  Do you own an automobile?                    Yes ____ No ✓
8   Make _____ Year _____ Model _____
9   Is it financed? Yes _____ No _____ If so, Total due: $ _____
10  Monthly Payment: $ _____
11  7.  Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
12  Name(s) and address(es) of bank: _____
13  _____
14  Present balance(s): $ _____
15  Do you own any cash? Yes ____ No ✓ Amount: $ _____
16  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17  market value.)   Yes ____ No ✓
18  _____
19  8.  What are your monthly expenses?
20  Rent: $ _____N/A_____ Utilities: _____
21  Food: $ _____ Clothing: _____
22  Charge Accounts:

23  | Name of Account | Monthly Payment | Total Owed on This Acct. |
    | --- | --- | --- |
24  | N/A | $ _____ | $ _____ |
25  | _____ | $ _____ | $ _____ |
26  | _____ | $ _____ | $ _____ |

27  9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
28  they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 3 -

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3/23/13

DATE                     SIGNATURE OF APPLICANT

Date\Time: 4/8/2013 11:11:43 AM  
Institution: SQ

CDCR  Verified: _____

# Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| J91735 | PHILLIPS, ERIC | SQ | A NB 2 | 023001 |

**Current Available Balance:** $217.46

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 10/08/2012 | SQ | BEGINNING BALANCE | | | | $128.15 |
| 10/08/2012 | SQ | PAY - SUPPORT | SEPTEMBER 2012 | | $42.37 | $170.52 |
| 10/08/2012 | SQ | RESTITUTION FINE PAYMENT | | | ($21.18) | $149.34 |
| 10/08/2012 | SQ | ADMINISTRATIVE FEE | | | ($2.11) | $147.23 |
| 10/09/2012 | SQ | PAY - SUPPORT | AUG 2012 | | $52.91 | $200.14 |
| 10/09/2012 | SQ | RESTITUTION FINE PAYMENT | | | ($26.45) | $173.69 |
| 10/09/2012 | SQ | ADMINISTRATIVE FEE | | | ($2.64) | $171.05 |
| 10/10/2012 | SQ | READING GLASSES | | | $29.54 | $200.59 |
| 10/20/2012 | SQ | SALES | 25 | | ($8.50) | $192.09 |
| 11/08/2012 | SQ | PAY - SUPPORT | OCT 2012 | | $37.92 | $230.01 |
| 11/08/2012 | SQ | RESTITUTION FINE PAYMENT | | | ($18.96) | $211.05 |
| 11/08/2012 | SQ | ADMINISTRATIVE FEE | | | ($1.89) | $209.16 |
| 11/17/2012 | SQ | SALES | 24 | | ($24.30) | $184.86 |
| 12/05/2012 | SQ | PAY - SUPPORT | NOV 2012 | | $19.06 | $203.92 |
| 12/05/2012 | SQ | RESTITUTION FINE PAYMENT | | | ($9.53) | $194.39 |
| 12/05/2012 | SQ | ADMINISTRATIVE FEE | | | ($0.95) | $193.44 |
| 12/17/2012 | SQ | SALES | 23 | | ($14.35) | $179.09 |
| 12/18/2012 | SQ | SALES | 38 | | ($2.00) | $177.09 |
| 01/08/2013 | SQ | PAY - SUPPORT | DEC2012 | | $18.32 | $195.41 |
| 01/08/2013 | SQ | RESTITUTION FINE PAYMENT | | | ($9.16) | $186.25 |
| 01/08/2013 | SQ | ADMINISTRATIVE FEE | | | ($0.91) | $185.34 |
| 02/05/2013 | SQ | PAY - SUPPORT | JAN 2013 | | $22.85 | $208.19 |
| 02/05/2013 | SQ | RESTITUTION FINE PAYMENT | | | ($11.42) | $196.77 |
| 02/05/2013 | SQ | ADMINISTRATIVE FEE | | | ($1.14) | $195.63 |
| 03/07/2013 | SQ | PAY - SUPPORT | FEBRUARY 2013 | | $28.58 | $224.21 |
| 03/07/2013 | SQ | RESTITUTION FINE PAYMENT | | | ($14.29) | $209.92 |
| 03/07/2013 | SQ | ADMINISTRATIVE FEE | | | ($1.42) | $208.50 |
| 04/05/2013 | SQ | PAY - SUPPORT | MARCH 2013 | | $19.89 | $228.39 |
| 04/05/2013 | SQ | RESTITUTION FINE PAYMENT | | | ($9.94) | $218.45 |
| 04/05/2013 | SQ | ADMINISTRATIVE FEE | | | ($0.99) | $217.46 |

3

Date\Time: 4/8/2013 11:11:43 AM

Institution: SQ

CDCR

Verified: _____

## Inmate Statement Report

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| **No information was found for the given criteria.** | | |

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| **No information was found for the given criteria.** | | | | |

### Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | 121260 | Active | $8,000.00 | $0.00 | ($120.93) | $6,069.02 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-8-13
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Latheser Helm_
TRUST OFFICE

4

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ERic PHillips J91735 for the last six months at

[prisoner name]

SAN QuentiN stAtE PrisoN where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 45.24 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 45.24.

Dated: 4-8-13

_Latresia Nelin_

[Authorized officer of the institution]