IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PHILLIPS, J-91735, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> KEVIN CHAPPELL, Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | No. C 13-1741 CRB (PR) <br><br> ORDER OF DISMISSAL <br><br> (Docket # 2) |

    Petitioner, a state prisoner incarcerated at San Quentin State Prison, has filed a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a 1995 conviction from Alameda County Superior Court. His first habeas petition was denied on the merits on June 5, 2002. See Phillips v. Pliler, No. C 99-4172 MJJ (PR) (N.D. Cal. June 5, 2002) (order denying petition for a writ of habeas corpus).

    A second or successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. See 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such an order from the Ninth Circuit.

1     Accordingly, the petition for a writ of habeas corpus is DISMISSED
2 without prejudice to refiling if petitioner obtains the necessary order from the
3 Ninth Circuit. But based solely on his affidavit of poverty, petitioner's motion for
4 leave to proceed in forma pauperis (docket # 2) is granted.
5     The clerk shall enter judgment in accordance with this order and close the
6 file.
7 SO ORDERED.
8 DATED: April 22, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.13\Phillips, E.13-1741.dismissal.wpd